# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ROY C. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00835-LJO-SKO<br><br>**ORDER ON STIPULATION AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Docket No. 9) |

On May 11, 2010, Plaintiff initiated suit by filing a complaint. The complaint was served on May 27, 2010, and a response to the complaint was due on or before June 17, 2010. On June 17, 2010, the parties filed a stipulation that Defendants would have until July 9, 2010, to respond to the complaint. Pursuant to Local Rule 144(a), no approval of the Court was required for this initial stipulation for an extension of time. On July 9, 2010, the parties again filed a stipulation and request that Defendants be given until July 16, 2010, to respond to the complaint.

Accordingly, IT IS HEREBY ORDERED THAT Defendants shall file a response to the complaint in this matter on or before July 16, 2010.

IT IS SO ORDERED.

**Dated:　　July 13, 2010**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1