SEAN P. NALTY (SBN 121253)
Sean.Nalty@wilsonelser.com
SHIVANI NANDA (SBN 253891)
Shivani.Nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA;
KELLOGG BROWN & ROOT (CALIFORNIA), INC.
LONG TERM DISABILITY PLAN; and KELLOGG
BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN

FRANK N. DARRAS (SBN 128904)
frank@darraslaw.com
LISSA A. MARTINEZ (SBN 206994)
lmartinez@darraslaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:    (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
ROY C. JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY C. JOHNSON, | CASE NO. 10-CV-00835-LJQ-SKO |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING BRIEFING SCHEDULE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN, | |
| Defendants. | |

---

1

**STIPULATION AND PROPOSED ORDER CONTINUING BRIEFING SCHEDULE**
USDC EDCA Case No. 10-CV-00835-LJQ-SKO
743812.1

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 144, by and between plaintiff Roy C. Johnson, and defendants Life Insurance Company of North America, Kellogg Brown & Root (California), Inc. Long Term Disability Plan, and Kellogg Brown & Root (California), Inc. Life Plan, through their attorneys of record, as follows:

WHEREAS, this case concerns an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974.  Plaintiff seeks long term disability benefits under the plan and a life insurance premium waiver;

WHEREAS, the Scheduling Order (*See* Docket No. 16) provides the following trial brief schedule:

- Initial trial briefs no later than September 23, 2011;
- Responsive trial briefs no later than October 7, 2011;
- Bench trial on the administrative record October 24, 2011 at 8:30 a.m.

WHEREAS, the parties are actively involved in settlement negotiations and believe that the current scheduling order should be modified to allow for settlement negotiations to proceed and to avoid unnecessary litigation costs;

WHEREAS, the parties propose that the trial briefing schedule be modified as follows:

- Initial trial briefs no later than October 21, 2011;
- Responsive trial briefs no later than November 4, 2011;
- Bench trial on the administrative record November 25, 2011 at 8:30 a.m.

///
///
///
///
///
///
///
///

THEREFORE, it is hereby stipulated between the undersigned parties, through their counsel of record that the trial briefing schedule may be continued as set forth above, subject to approval by the Court.

Dated: September 12, 2011

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Sean P. Nalty
SEAN P. NALTY
SHIVANI NANDA
Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA, KELLOGG BROWN & ROOT
(CALIFORNIA), INC. LONG TERM DISABILITY
PLAN; and KELLOGG BROWN & ROOT
(CALIFORNIA), INC. LIFE PLAN

Dated: September 12, 2011

        DARRASLAW

By:   /s/ Lissa A. Martinez
LISSA A. MARTINEZ
Attorneys for Plaintiff
ROY C. JOHNSON

## ORDER

This Court ORDERS:

1. The parties to file and serve opening trial briefs not later than October 21, 2011;
2. The parties to file and serve responding trial briefs no later than November 4, 2011; and
3. Sets a bench trial on the administrative record for **November 21, 2011 at 8:30 a.m.** in Department 4 (LJO).

IT IS SO ORDERED.

Dated: **September 13, 2011**      **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE