FRANK N. DARRAS #128904, frank@darraslaw.com
LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:     (909) 974-2121

Attorneys for Plaintiff
ROY C. JOHNSON


SEAN P. NALTY # 121253, sean.nalty@wilsonelser.com
SHIVANI NANDA # 253891, shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone:   (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA;
KELLOGG BROWN & ROOT (CALIFORNIA), INC.
LONG TERM DISABILITY PLAN and KELLOGG
BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ROY C. JOHNSON,<br><br>       Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN,<br><br>       Defendants. | Case No: 1:10-CV-00835-LJO-SKO<br><br>**JOINT NOTICE OF SETTLEMENT; REQUEST TO VACATE TRIAL BRIEFING SCHEDULE AND TRIAL DATE; REQUEST THAT THE COURT SET AN ORDER TO SHOW CAUSE RE DISMISSAL; AND (PROPOSED) ORDER**<br><br>Opening Trial Brief Due: Oct. 21, 2011<br>Responsive Trial Brief Due: Nov. 4, 2011<br>Trial Date: November 21, 2011<br>Date Action Filed:    May 11, 2010 |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 30 days.

The parties also request that the trial briefing schedule and current trial date of November 21, 2011, be vacated and that an Order to Show Cause re Dismissal be set for November 21, 2011, at 1:30 p.m.

Dated:  October 17, 2011



   /s/ Lissa A. Martinez
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff

Dated: October 17, 2011

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

   /s/ Sean P. Nalty
SEAN P. NALTY
SHILPA G. DOSHI
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN

# <u>ORDER</u>

Pursuant to the joint notice of settlement of the parties, the trial date of November 21, 2011, at 1:30 p.m. in Courtroom 4 is taken off calendar and the trial briefing schedule is vacated.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than November 18, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

IT IS SO ORDERED.

Dated:   __**October 17, 2011**__                    ____**/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE