IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY C. JOHNSON,<br><br>            Plaintiff,<br><br>      vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, et al.,<br><br>            Defendants.<br>                                                                / | CASE NO. CV F 10-0835 LJO SKO<br><br>**ORDER TO SHOW CAUSE WHY**<br>**SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 21.) |

This Court's October 17, 2011 order required the parties, no later than November 18, 2011, "to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed." The parties have failed to file papers to comply with the October 17, 2011 order. On the basis of good cause, this Court ORDERS the parties, no later than November 28, 2011, to file papers to show good cause why this Court should not impose monetary or other sanctions, including dismissal with or without prejudice, against the parties and/or their counsel for failure to comply with the October 17, 2011 order. This order to show cause will be discharged if, no later than November 28, 2008, the parties file appropriate papers to dismiss this action in its entirety. This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

Dated:     **November 21, 2011**               /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1