1  FRANK N. DARRAS #128904, frank@darraslaw.com
2  LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
3  DARRASLAW
3257 East Guasti Road, Suite 300
4  Ontario, CA  91761
5  Telephone:  (909) 390-3770
Facsimile:   (909) 974-2121
6  Attorneys for Plaintiff
7  ROY C. JOHNSON

8  SEAN P. NALTY # 121253, sean.nalty@wilsonelser.com
9  SHIVANI NANDA # 253891, shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
10 525 Market Street, 17th Floor
11 San Francisco, CA 94105-2725
Telephone:  (415) 433-0990
12 Facsimile:   (415) 434-1370
13 Attorneys for Defendants
14 LIFE INSURANCE COMPANY OF NORTH AMERICA,
KELLOGG BROWN & ROOT (CALIFORNIA), INC.
15 LONG TERM DISABILITY PLAN and KELLOGG
16 BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN

17              UNITED STATES DISTRICT COURT

18        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

19 ROy C. JOHNSON,                    Case No: 1:10-CV-00835-LJO-SKO
20
        Plaintiff,
21                                    **STIPULATION RE VOLUNTARY
   vs.                                DISMISSAL OF ENTIRE ACTION
22                                    WITH PREJUDICE**
23 LIFE INSURANCE COMPANY OF
   NORTH AMERICA; KELLOGG             **[ORDER ATTACHED]**
24 BROWN & ROOT (CALIFORNIA),
25 INC. LONG TERM DISABILITY
   PLAN; and KELLOGG BROWN &
26 ROOT (CALIFORNIA), INC. LIFE
27 PLAN,
28      Defendants.

1     IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff ROY C. JOHNSON, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN, and their attorneys of record, that the parties have resolved this matter in its entirety.

    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: November 23, 2011        DARRASLAW

                                            */s/ Lissa A. Martinez*
                                            FRANK N. DARRAS
                                            LISSA A. MARTINEZ
                                            Attorneys for Plaintiff
                                            ROY C. JOHNSON

DATED: November 23, 2011       WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP

                                            */s/ Sean P. Nalty*
                                            SEAN P. NALTY
                                            SHIVANI NANDA
                                            Attorneys for Defendants
                                            LIFE INSURANCE COMPANY OF NORTH AMERICA, KELLOGG BROWN & ROOT (CALIFORNIA), INC. LTD PLAN and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ROY C. JOHNSON,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN,<br><br>  Defendants. | Case No: 1:10-CV-00835-LJO-SKO<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:     **November 28, 2011**             **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE