FRANK N. DARRAS #128904, frank@darraslaw.com
LISSA A. MARTINEZ #206994, lmartinez@darraslaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121
Attorneys for Plaintiff
ROY C. JOHNSON

SEAN P. NALTY # 121253, sean.nalty@wilsonelser.com
SHIVANI NANDA # 253891, shivani.nanda@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA,
KELLOGG BROWN & ROOT (CALIFORNIA), INC.
LONG TERM DISABILITY PLAN and KELLOGG
BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| ROY C. JOHNSON, | Case No: 1:10-CV-00835-LJO-SKO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN, | [ORDER ATTACHED] |
| Defendants. | |

1  IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff ROY C.
2  JOHNSON, and defendant LIFE INSURANCE COMPANY OF NORTH
3  AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM
4  DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC.
5  LIFE PLAN, and their attorneys of record, that the parties have resolved this
6  matter in its entirety.
7  IT IS HEREBY AGREED that the complaint and any counterclaim on file
8  herein shall be dismissed with prejudice, each side to bear their own attorney fees
9  and costs.
10
11  Dated: November 23, 2011        DARRASLAW
12
13             /s/ Lissa A. Martinez
    FRANK N. DARRAS
14  LISSA A. MARTINEZ
15  Attorneys for Plaintiff
    ROY C. JOHNSON
16
17  DATED: November 23, 2011       WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP
18
19
20             /s/ Sean P. Nalty
    SEAN P. NALTY
21  SHIVANI NANDA
22  Attorneys for Defendants
    LIFE INSURANCE COMPANY OF
23  NORTH AMERICA, KELLOGG BROWN
24  & ROOT (CALIFORNIA), INC. LTD
    PLAN and KELLOGG BROWN & ROOT
25  (CALIFORNIA), INC. LIFE PLAN
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ROY C. JOHNSON, | Case No: 1:10-CV-00835-LJO-SKO |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; KELLOGG BROWN & ROOT (CALIFORNIA), INC. LONG TERM DISABILITY PLAN; and KELLOGG BROWN & ROOT (CALIFORNIA), INC. LIFE PLAN, | |
| Defendants. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 28, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE